**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**CALEB NEIRA RIVERA**<br>**xxx–xx–4645**<br><br>Debtor(s) | Case No. **18–07219 ESL**<br><br>Chapter **7**<br><br>FILED & ENTERED ON 4/15/19 |

***ORDER***

The debtor's objection to claim #12–1 filed by Internal Revenue Service (docket entry #31), having been duly notified to all parties in interest, and no replies or objections having been filed timely, it is now ORDERED that said motion be and it is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, April 15, 2019 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge