**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**CALEB NEIRA RIVERA**<br><br>**xxx–xx–4645**<br><br><div align="center">Debtor(s)</div> | Case No. **18–07219 ESL**<br><br>Chapter **7**<br><br><br>FILED & ENTERED ON 5/20/19 |

*ORDER*

The motion filed by Scotiabank in opposition to Debtor's motion for reconsideration of the court order entered at docket No. 73 (docket #118) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, May 20, 2019 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge