IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**CALEB NEIRA RIVERA**

**DEBTOR**

CASE NO. **18-07219-EAG**

Chapter 13

## MOTION TO SUBMIT AN AMENDED SCHEDULE E/F

**TO THE HONORABLE COURT**:

**COMES NOW**, debtor **CALEB NEIRA RIVERA**, through the undersigned attorney and respectfully avers and prays:

1. The debtor is submitting an amended schedule E/F to amend the claim of Departamento Transportacion y Obras Publicas hereinafter ("DTOP"). This amendment add's administrative tickets that were not previously disclose as DTOP did not provide the full list of tickets in the previous certification.

2. The debtor is submitting with this motion the certification of traffic tickets with its numbers as the details are extensive and the schedule F does not provide sufficient space to write all of the tickets. See evidence attached.

**WHEREFORE**, the debtor prays that the documents stand amended pursuant to Rule 1009 (a).

**CERTIFICATE OF SERVICE:** I hereby certify that on June 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all participants using the CM/ECF System and I hereby certify that I have mailed by first class mail, United States Postal Service the documents to the following non

CM/ECF participants as per the attached mailing list.

In Sabana Grande, Puerto Rico this 13 day of June, 2019.

*/s/ Peter A. Santiago González*
PETER A. SANTIAGO GONZALEZ, ESQ
USDC-PR 304201
Attorney for Debtor
P.O. Box 1414
Sabana Grande, Puerto Rico 00637
Phone (787) 396-9029
Quiebrapr@gmail.com

**Fill in this information to identify your case:**

Debtor 1: **CALEB NEIRA RIVERA**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:18-bk-7219

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1: List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ■ No. Go to Part 2.
   ☐ Yes.

**Part 2: List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO | Last 4 digits of account number **4209** | **$10,500.00** |

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 70101
San Juan, PR 00936-8101**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1  **RIVERA, CALEB NEIRA**     Case number (if known)  **3:18-bk-7219**

---

**4.2**  **AUTORIDAD ENERGIA ELECTRICA**
Nonpriority Creditor's Name

Last 4 digits of account number  **0000**   $8,100.00

When was the debt incurred?

**PO Box 363508**
**San Juan, PR 00936-3508**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

---

**4.3**  **BANCO POPULAR**
Nonpriority Creditor's Name

Last 4 digits of account number     $7,819.00

When was the debt incurred?

**PO Box 362708**
**San Juan, PR 00936-2708**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **CREDIT CARD**

---

**4.4**  **BANK OF AMERICA**
Nonpriority Creditor's Name

Last 4 digits of account number     $8,451.00

When was the debt incurred?

**PO Box 15019**
**Wilmington, DE 19886-5019**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **CREDIT CARD**

---

Debtor 1  RIVERA, CALEB NEIRA                              Case number (if known)   3:18-bk-7219

| 4.5 | **CRESCENT BEACH CONDOMINIUM ASSOCIATION** | Last 4 digits of account number | | $40,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

**PO BOX 2304**
**GUAYNABO, PR 00970-2304**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**   ☐ Student loans
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify _____

---

| 4.6 | **CRIM** | Last 4 digits of account number | 4645 | $100.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 195387**
**San Juan, PR 00919-5387**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**   ☐ Student loans
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify _____

---

| 4.7 | **DEPARTAMENTO HACIENDA** | Last 4 digits of account number | 4645 | $72,620.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

**10 Paseo Covadonga**
**San Juan, PR 00901-2613**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**   ☐ Student loans
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify _____

Debtor 1 **RIVERA, CALEB NEIRA**  Case number (if known) **3:18-bk-7219**

---

**4.8** **DTOP**  
Nonpriority Creditor's Name  

Last 4 digits of account number **7624**  $3,220.00

When was the debt incurred?

**PO Box 195349**  
**San Juan, PR 00919-5349**  
Number Street City State Zip Code  

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim is for a community debt  

**Is the claim subject to offset?**

☒ No  
☐ Yes  

☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Type of NONPRIORITY unsecured claim:**

☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☒ Other. Specify **FULL DETAILS AND NUMBER OF TICKETS SEE DOCKET NO. 136**

---

**4.9** **GUILLERMO BARALT**  
Nonpriority Creditor's Name  

Last 4 digits of account number  $20,100.00

When was the debt incurred?

**URB EL ALAMO SAN JACINTO ST G-6**  
**GUAYNABO, PR 00969**  
Number Street City State Zip Code  

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☒ At least one of the debtors and another  
☐ Check if this claim is for a community debt  

**Is the claim subject to offset?**

☒ No  
☐ Yes  

☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Type of NONPRIORITY unsecured claim:**

☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☒ Other. Specify

---

**4.10** **INTERNAL REVENUE SERVICE**  
Nonpriority Creditor's Name  

Last 4 digits of account number **4645**  $296,041.15

When was the debt incurred?

**PO Box 16236**  
**Philadelphia, PA 19114-0236**  
Number Street City State Zip Code  

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☒ At least one of the debtors and another  
☐ Check if this claim is for a community debt  

**Is the claim subject to offset?**

☒ No  
☐ Yes  

☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Type of NONPRIORITY unsecured claim:**

☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☒ Other. Specify

---

Debtor 1 **RIVERA, CALEB NEIRA**     Case number (if known) **3:18-bk-7219**

### 4.11 INVERSIONES B-TRES INC.
Nonpriority Creditor's Name

**PO Box 3705**
**Guaynabo, PR 00970-3705**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **FOR DUE PROCESS ONLY**

---

### 4.12 NICE REALTY GROUP, LLC.
Nonpriority Creditor's Name

**Cond Intersuite Apt I**
**Carolina, PR 00979**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **FOR DUE PROCESS ONLY**

---

### 4.13 PALMAS HOMEOWNERS ASSOCIATION
Nonpriority Creditor's Name

**5 ACADEMY DRIVE**
**HUMACAO, PR 00791-6904**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **4645**     $100.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Debtor 1 **RIVERA, CALEB NEIRA** Case number (if known) **3:18-bk-7219**

---

**4.14** **PASEO SAN JUAN HOMEOWNERS**
Nonpriority Creditor's Name

Last 4 digits of account number **4645**      **$100.00**

When was the debt incurred?

**Suite 112 MSC 283 100 Garnd Nulevard San**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

---

**4.15** **PASEOS HOMOWNERS**
Nonpriority Creditor's Name

Last 4 digits of account number **4645**      **$100.00**

When was the debt incurred?

**1 Grabd Paseo Boulevard La Fuente, San J**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

---

**4.16** **SCOTIABANK**
Nonpriority Creditor's Name

Last 4 digits of account number      **$0.00**

When was the debt incurred?

**PO BOX 2394
SAN JUAN, PR 00936**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **FOR DUE PROCESS ONLY**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

---

| Debtor 1 | RIVERA, CALEB NEIRA | Case number (if known) | 3:18-bk-7219 |
|---|---|---|---|

| 4.17 | **SEARS/CBNA** | Last 4 digits of account number | | $6,292.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?**

**PO Box 6282**
**Sioux Falls, SD 57117-6282**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only ☐ Contingent
☐ Debtor 2 only ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only ☐ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes ■ Other. Specify  **CREDIT CARD**

---

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:**  **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ | 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 473,543.15 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 473,543.15 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **CALEB NEIRA RIVERA** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | |
| Case number (if known) | 3:18-bk-7219 | ■ Check if this is an amended filing |

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules         12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ CALEB NEIRA RIVERA**                                  X _____
**CALEB NEIRA RIVERA**                                           Signature of Debtor 2
Signature of Debtor 1

Date **June 13, 2019**                                             Date _____

DTOP-DIS-
Rev. 08/2010



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
DIRECTORÍA DE SERVICIOS AL CONDUCTOR
División de Vehículos de Motor

## REPORTE DE MULTAS ADMINISTRATIVAS AL CERTIFICADO DE LICENCIA DE CONDUCIR

Licencia: 1567624  
Identificación: ssid: XXX-XX-4645  
Nombre: NEIRA RIVERA, CALEB  
Descripción:  
Expira: 12 abr 2024

| Licencia | Num de Boleto | Fecha de Multa | Municipio | Dist. | Cantidad | Fecha de Transacción | Num. de Batch |
|---|---|---|---|---|---|---|---|
| 1567624 | 37209697 | 30 nov 2015 | DORADO | L | $ 50.00 | 31 may 2018 | 0 |
| 1567624 | 37209696 | 30 nov 2015 | DORADO | L | $ 150.00 | 31 may 2018 | 0 |
| 1567624 | 1734547 | 25 ago 2015 | SAN JUAN | L | $ 25.00 | 21 oct 2015 | 17046805 |
| 1567624 | 34443225 | 01 nov 2014 | SAN JUAN | L | $ 25.00 | 16 mar 2016 | 0 |
| 1567624 | 35936029 | 28 jun 2014 | CATAÑO | L | $ 25.00 | 13 nov 2015 | 0 |
| 1567624 | 35936031 | 28 jun 2014 | CATAÑO | L | $ 25.00 | 13 nov 2015 | 0 |
| 1567624 | 35936032 | 28 jun 2014 | CATAÑO | L | $ 50.00 | 13 nov 2015 | 0 |
| 1567624 | 35936030 | 28 jun 2014 | CATAÑO | L | $ 100.00 | 13 nov 2015 | 0 |
| 1567624 | 1606642 | 26 may 2014 | SAN JUAN | L | $ 250.00 | 10 sep 2014 | 17041683 |
| 1567624 | 34050000 | 19 feb 2014 | SAN JUAN | L | $ 150.00 | 03 jul 2014 | 17040898 |
| 1567624 | 34357248 | 17 dic 2013 | SAN JUAN | L | $ 50.00 | 27 may 2015 | 0 |
| 1567624 | 34357249 | 17 dic 2013 | SAN JUAN | L | $ 25.00 | 27 may 2015 | 0 |
| 1567624 | 31695634 | 25 abr 2012 | YAUCO | L | $ 25.00 | 07 jun 2012 | 17002578 |
| 1567624 | 31695633 | 25 abr 2012 | YAUCO | L | $ 130.00 | 07 jun 2012 | 17002578 |
| 1567624 | 30800334 | 04 mar 2012 | CAROLINA | L | $ 25.00 | 17 jun 2013 | 17021113 |
| 1567624 | 30800333 | 04 mar 2012 | CAROLINA | L | $ 250.00 | 26 abr 2013 | 17017112 |
| 1567624 | 30713337 | 18 ene 2012 | SAN JUAN | L | $ 250.00 | 11 jun 2013 | 17020661 |
| 1567624 | 30713338 | 18 ene 2012 | SAN JUAN | L | $ 25.00 | 11 jun 2013 | 17020650 |
| 1567624 | 2661557 | 05 nov 2011 | SAN JUAN | L | $ 250.00 | 11 jun 2013 | 17020561 |
| 1567624 | 29253448 | 10 ago 2011 | SAN JUAN | L | $ 250.00 | 23 oct 2013 | 17028631 |
| 1567624 | 27637023 | 24 sep 2010 | SAN JUAN | L | $ 25.00 | 17 ago 2011 | 16052658 |
| 1567624 | 27637021 | 24 sep 2010 | SAN JUAN | L | $ 100.00 | 21 nov 2013 | 17030122 |
| 1567624 | 27637022 | 24 sep 2010 | SAN JUAN | L | $ 50.00 | 15 ago 2011 | 16052488 |
| 1567624 | 26563293 | 05 feb 2010 | SAN JUAN | L | $ 50.00 | 10 feb 2011 | 16037928 |
| 1567624 | 27469144 | 05 ene 2010 | CATAÑO | L | $ 25.00 | 28 feb 2011 | 16038985 |
| 1567624 | 27469143 | 05 ene 2010 | CATAÑO | L | $ 180.00 | 28 feb 2011 | 16038985 |

| 1567624 | 27477518 | 27 nov 2009 | CEIBA | | $ 25.00 | 19 mar 2010 | 16028366 |
| 1567624 | 22286 | 05 nov 2009 | DORADO | O | $ 250.00 | 12 abr 2010 | 16029021 |
| 1567624 | 27476667 | 13 ago 2009 | BAYAMÓN | L | $ 25.00 | 22 dic 2009 | 16025469 |
| 1567624 | 27476666 | 13 ago 2009 | TOA BAJA | L | $ 155.00 | 22 dic 2009 | 16025469 |
| 1567624 | 27489072 | 07 jul 2009 | BAYAMÓN | L | $ 25.00 | 30 nov 2009 | 16024898 |
| 1567624 | 27489073 | 07 jul 2009 | BAYAMÓN | L | $ 50.00 | 30 nov 2009 | 16024898 |
| 1567624 | 26317745 | 17 jun 2008 | SAN JUAN | L | $ 130.00 | 20 nov 2008 | 16006459 |

Total: 33

Cantidad Total: $ 3,220.00

Este informe es de las multas informadas a DISCO hasta el momento de ser impreso. Esta relación de multas no incluye recargos ni penalidades dispuestos por la ley 22-2000.

Las multas en este informe NO han sido pagadas.

De existir boletos pendientes de grabar, estos apareceran en

5109-10060-4352

17 may 2019

Cuando las multas hayan sido pagadas, un agente del Departamento de Hacienda:

- anotará la fecha
  y la cantidad pagada
- aplicará su firma
- y un sello oficial



Fecha
17 may 2019

Firma



Ley de Quiebra