IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>CALEB NEIRA RIVERA<br><br><br>xx-xx-4645<br><br><br>Debtor | CASE NO. 18-07219-ESL7<br>Chapter 7<br><br><br><br><br><br>FILED & ENTERED ON OCT/08/2019 |

ORDER

    The motion filed by Debtor to inform state appellate court judgment (docket #162) is hereby granted. The information is noted. However, since the contested matter between the debtor and Scotiabank is on appeal before the First Circuit Bankruptcy Bankruptcy Appellate Panel, case number 19-0026, and the information may be relevant to the appeal, it behooves the parties to so inform the Bankruptcy Appellate Panel. Obviously, since the decision by the Puerto Rico Court of Appeals is in Spanish, a translation must be accompanied.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 8 day of October, 2019.

*Enrique S. Lamoutte*
United States Bankruptcy Judge